IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACOB LYNN HARDIN
ADC #141231                                                                                      PLAINTIFF

v.                          Case No. 4:10-cv-1073-DPM-JTR

AARON DUVALL Sheriff, Pope County
Detention Center; JAMES DUNHAM, Lawyer,
Arkansas Public Defender Commission;
JEFFERSON FAUGHT, Lawyer, Arkansas
Public Defender Commission; MILLSAPS,
Correctional Officer, Pope County Jail;
DIXON; Sergeant, Pope County Jail;
PATTON, Officer, Pope County Jail;
PAULICKI, Officer, Pope County Jail;
GRITTON, Officer, Pope County Jail;
MEYERS, Officer, Pope County Jail;
MARTIAN, Officer, Pope County Jail;
GIBSON, Officer, Pope County Jail; BULEY,
Officer, Pope County Jail; and LITTLE,
Officer, Pope County Jail                                                                     DEFENDANTS

ORDER

The Court has carefully reviewed the Proposed Findings and Recommended Partial Disposition from Magistrate Judge J. Thomas Ray. 28 U.S.C.A. § 1915A (West 2006). Hardin has not filed any objections. The Court sees no legal error or clear error of fact on the face of this record as a whole. FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition). The Court

therefore adopts Magistrate Judge Ray's proposed findings and partial recommended disposition, *Document No. 7*, as its own. Hardin may proceed with his excessive-force claim against Defendants Duvall, Patton, Paulicki, Gritton, Meyers, Martian, and Gibson. Hardin may also proceed with his inadequate-medical-care claim against Defendant Duvall. The Court directs the Clerk to prepare summonses for all these Defendants. And the Court directs the U.S. Marshal to serve the summonses, complaint, amended complaint, Magistrate Judge Ray's Order, and this Order upon these Defendants without prepayment of fees and costs or security therefor. All other claims and Defendants are dismissed without prejudice for failure to state a claim. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C.A. § 1915(a)(3) (West 2006).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 Sept. 2010